```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------ X
 JESUS CORREA, on behalf of himself, FLSA       :
 Collective Plaintiffs, and the Class,          :
                                                :
                                  Plaintiff,    :
                                                :
                 -against-                      :
                                                :
 LAZAR EDIBLES, INC. d/b/a LAZAR                :
 EDIBLES AT HOLIDAY INN and                     :
 ANASTASIOS LAZARAKIS,                          :
                                                :
                                  Defendants    :
------------------------------------------------------------ X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/19/2016

16-CV-3834 (VEC)

ORDER

**VALERIE CAPRONI, United States District Judge:**

WHEREAS the Court ordered that the parties must submit their settlement agreement to the Court for approval by December 15, 2016 [Dkt. 25];

WHEREAS the Court also ordered that if the parties did not submit their settlement agreement by December 15, a conference would be held on December 21, 2016 at 10:00 am [Dkt. 25];

WHEREAS the parties filed their settlement agreement on December 15, 2016, and requested approval of the settlement agreement pursuant to *Cheeks v. Freeport Pancake House, Inc.*, 796 F.3d 199, 206 (2d Cir. 2015) [Dkt. 26];

IT IS HEREBY ORDERED THAT on or before December 21, 2016, Plaintiff's counsel must submit its billing records for this case and a lodestar analysis in support of the request for approval of Plaintiff's attorney's fees. The December 21, 2016, conference is CANCELED.

**SO ORDERED.**

Date: December 19, 2016
      New York, NY

_____
VALERIE CAPRONI
United States District Judge